

The following constitutes the order of the court.
Signed September 20, 2018

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>Kenton Warner Keading,<br><br>            Debtor.<br>_____ | No. 18-41847<br><br>Chapter 11<br><br>**Hearing**<br>Date: September 26, 2018<br>Time: 10:30 AM<br>Courtroom: 220 |

**MEMO RE: ORDER GRANTING MOTION TO CONVERT CASE TO CHAPTER 11**

**AND NOTICE OF HEARING**

On September 17, 2018, the Court issued an *Order Granting Motion to Convert Case to Chapter 11 and Notice of Hearing* (the "Order") (doc. 13). For the reasons set forth in the Order, the Court scheduled a hearing for September 26, 2018 and ordered that Debtor must file all required documents for the converted chapter 11 case by September 24, 2018.

The conversion of this case to a case under chapter 11 triggered the automatic docketing of a number of documents (the "Automatic Documents"): *Notice of Chapter 11 Bankruptcy Case* (doc. 15), *Order and Notice of Chapter 11 Status Conference* (doc. 16), and *Order to File Required Documents on Converted Case and Automatic Dismissal* (doc. 17). The Court notes that these Automatic Documents and associated deadlines are automatically

generated and docketed upon a case's conversion to chapter 11. The Court further notes that the filing deadline and hearing date from the Order supersede all dates associated with the Automatic Documents, and advises Debtor and all interested parties to proceed accordingly. In short:

1. The Debtor's deadline to file required documents for the converted chapter 11 case is still **Monday, September 24, 2018** at the United States Bankruptcy Court for the Northern District of California, Oakland Division, 1300 Clay Street, Courtroom 220, Oakland, California 94612; and

2. Debtor is still ordered to attend the hearing scheduled for **Wednesday, September 26, 2018** to explain before the Court the bankruptcy purposes served by Debtor's pursuit of relief under Chapter 11. Should Debtor fail to appear, the Court will dismiss the case for lack of prosecution. All other interested parties may appear to explain before the Court why conversion does or does not further a legitimate bankruptcy purpose

**\*END OF ORDER\***

## COURT SERVICE LIST

Kenton Warner Keading
PO Box 20250
El Sobrante, CA 94803

Amy Maclear
Miguel A. Saldana
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

Malcolm Leader-Picone, Esq.
LEADER-PICONE & YOUNG, LLP
1970 Broadway, Suite 1030
Oakland, CA 94612